# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153058(61)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLARENCE EDWARD ROSS,
      Defendant-Appellant.
_____/

SC: 153058
COA: 321353
Kalamazoo CC: 2012-001925-FC

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The supplemental application submitted on January 22, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016

